IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CT-3125-FL

| | | |
|---|---|---|
| DANIEL B. PARSONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ASSISTANT WARDEN HERRING and | ) | |
| SERGEANT ANDREWS, | ) | |
| | ) | |
| Defendants. | ) | |

The matter is before the court on defendant's motion for summary judgment (DE 44), which was fully briefed. Also before the court are plaintiff's motions to compel discovery (DE 60, 62) and motion to amend his complaint (DE 61). The time permitted for defendants to respond to plaintiff's motion to compel has not yet expired. In this posture, the court addresses the pending motions.

On May 23, 2013, plaintiff filed this civil rights action *pro se* pursuant to 42 U.S.C. § 1983 alleging that defendant Sergeant Andrews ("Andrews") sexually assaulted him in violation of the Eighth Amendment to the United States Constitution. Plaintiff later amended his complaint to add Maury Correctional Institution Assistant Superintendent Herring ("Herring") as a defendant. Plaintiff alleged that Herring failed to protect him from the alleged assault and that Herring is subject to supervisor liability. On July 10, 2015, defendant Herring moved for summary judgment. In his motion, Herring states that the State Bureau of Investigation ("SBI") currently is conducting an investigation into plaintiff's allegations regarding the alleged sexual assault. (Def.'s Mem. p. 3, n. 1.) Herring concedes that the results of the SBI investigation are relevant to plaintiff's claims against him. (Id.) Given that the investigation into the alleged sexual assault remains ongoing and

that all of the evidence has not yet been gathered, the adjudication of defendant Herring's motion for summary judgment is premature. As a result, the court DENIES without prejudice defendant's motion for summary judgment and STAYS this action pending the completion of the SBI's investigation.

In summary, defendant Herring's motion for summary judgment (DE 44) is DENIED without prejudice and this action is STAYED. The parties are DIRECTED to file a written notice within 14 days of the completion of the SBI's investigation. The court then will lift the stay in this case and set new deadlines for discovery and dispositive motions. Because the court has stayed this action, plaintiff's motions to compel (DE 60, 62) and motion to amend (DE 61) are DENIED as MOOT. If necessary, plaintiff may re-file his motions after the stay is lifted.

SO ORDERED, this the 1st day of March, 2016.

*/s/ Louise W. Flanagan*

LOUISE W. FLANAGAN
United States District Judge